IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES
TO  FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF
FILED

GENE HAMILTON MAST,

      Appellant,

 v.

STATE OF FLORIDA,

      Appellee.

Case No.  5D22-2431
LT Case No.2012-CF-000566

_____/

Decision filed April 4, 2023

3.850 Appeal from the Circuit Court
for Putnam County,
Howard O. McGillin, Jr., Judge.

Gene H. Mast, Polk City, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Rebecca Rock
McGuigan, Assistant Attorney General,
Daytona Beach, for Appellee.

PER CURIAM.

    AFFIRMED.


LAMBERT, CJ., EISNAUGLE and KILBANE, JJ., concur.